IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) ) | CIVIL ACTION NO. |
| v. ) ) ) | COMPLAINT |
| DAVIS HOMES, L.L.C. ) ) ) | |
| Defendant. ) ) ) | 1:07-cv-1249-LJM-JMS JURY TRIAL DEMAND |

## NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission (the "Commission") brings this action against Davis Homes, L.L.C. ("Davis Homes") pursuant to Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, pregnancy, and to provide appropriate relief to Amber Scollick ("Scollick"), who was adversely affected by such practices. The Commission alleges the unlawful practices include failing to reinstate Scollick to a comparable position at the conclusion of her maternity leave.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.	The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division.

## PARTIES

3.	Plaintiff, Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.	At all relevant times, Davis Homes has continuously been a corporation doing business in the state of Indiana, city of Indianapolis, and has continuously employed at least 15 individuals.

5.	At all relevant times, Davis Homes has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C.§§ 2000e(b), (g) and (h). Davis Homes may be served with process by serving its registered agent Bradley C. Davis, 3755 East 82d Street, Suite 120, Indianapolis, Indiana, 46240.

## STATEMENT OF CLAIMS

6.	More than thirty days prior to the institution of this lawsuit, Scollick filed a charge with the Commission alleging violations of Title VII by Davis Homes. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.	From at least October 2005, Davis Homes engaged in unlawful employment practices in Indianapolis, Indiana in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). The unlawful practices include failing to reinstate Scollick to a comparable

position at the conclusion of her maternity leave in late October 2005. After trying unsuccessfully to return to a comparable position for several months, Scollick was constructively discharged in March 2006.

8. The effect of the practices complained of in paragraph seven above have been to deprive Scollick of equal employment opportunities and to otherwise adversely affect her employee status because of her sex.

9. The unlawful employment practices complained of in paragraph seven above were intentional and done with malice or reckless indifference to Scollick's federally protected rights.

## PRAYER FOR RELIEF

**WHEREFORE**, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Davis Homes, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination based on sex and pregnancy.

B. Order Davis Homes to institute and carry out policies, practices, and programs which provide equal employment opportunities for females and eradicate the effects of its past and present unlawful employment practices based on sex and pregnancy.

C. Order Davis Homes to make Scollick whole by providing appropriate back pay with prejudgment interest in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.  Order Davis Homes to make Scollick whole by providing her compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph seven above in amounts to be determined at trial.

E.  Order Davis Homes to make Scollick whole by providing her compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph seven above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, embarrassment and humiliation, in amounts to be determined at trial.

F.  Order Davis Homes to pay Scollick punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully Submitted,

*[signature]*
LAURIE A. YOUNG, #11480-49
Regional Attorney

*[signature]*
MICHELLE EISELE, #12070-49
Supervisory Trial Attorney

4

*Aimee L. McFerren*
Aimee L. McFerren
Trial Attorney
Kentucky Bar No.: 89912
Federal ID No.: 36953
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Louisville Area Office
600 Dr. Martin Luther King, Jr. Place
Suite 268
Louisville, KY 40202
502-582-6308
502-582-5435 (fax)
Aimee.mcferren@eeoc.gov